Gregory v Metropolitan Transp. Auth. (2023 NY Slip Op 01140)

Gregory v Metropolitan Transp. Auth.

2023 NY Slip Op 01140

Decided on March 02, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 02, 2023

Before: Renwick, J.P., Friedman, Gesmer, Singh, Higgitt, JJ. 

Index No. 155875/18 Appeal No. 17438 Case No. 2021-00475 

[*1]Sophia Gregory, Plaintiff-Appellant,
v
The Metropolitan Transportation Authority, Defendant-Respondent.

Pollack, Pollack, Isaac & DeCicco, LLP, New York (Brian J. Isaac of counsel), for appellant.
Stephen Papandon, LIRR Law Department, Jamaica (Thomas L. Chiofolo of counsel), for respondent.

Order, Supreme Court, New York County (Paul A. Goetz, J.), entered on or about December 7, 2020, which denied plaintiff's motion to amend the complaint to add MTA Long Island Railroad as a defendant, unanimously affirmed, without costs.
Plaintiff failed to demonstrate that the proposed defendant was united in interest with MTA. Moreover, the record fails to support plaintiff's contention that defendant
MTA should be equitably estopped from challenging the requested amendment (see Sew Wai Yong v City of New York, 41 AD3d 212, 213 [1st Dept 2007]).
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 2, 2023